UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX SHADIE, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:10-2121 |
| v. | : | (JUDGE MANNION) |
| HAZELTON AREA SCHOOL DISTRICT, | : | |
| | : | |
| Defendant | : | |
| | : | |

## ORDER

For the reasons articulated in the memorandum issued this same day,

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Attorney's Fees (Doc. 71) is **DENIED**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 8, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2010 MEMORANDA\10-2121-03-order.wpd